IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-8, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY JOHNSON AND CHRISTINE T. JOHNSON, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) 09 C 50027 ) ) ) ) ) ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Bank of America, National Association, as Successor by Merger to LaSalle Bank National Association, as Trustee for Securitized Asset Investment Loan Trust Mortgage Pass-Through Certificates Series 2004-8, by its attorneys, David C. Kluever and Jason D. Altman of Kluever & Platt, LLC, and moves for summary judgment on its complaint pursuant to Fed. R. Civ. P. 56 and LR 56.1. In support of its motion, plaintiff presents herewith a memorandum of law and its LR56.1(a)(3) statement of material facts.

Dated: August 5, 2009

                                                           BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET INVESTMENT LOAN

2

        TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-8

        By:  s/Jason D.Altman
               One of its attorneys

David C. Kluever
Jason D. Altman
Kluever & Platt, LLC
65 East Wacker Place – Suite 2300
Chicago, Illinois 60601
(312) 236-0077

**NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT**

The plaintiff has moved for summary judgment against you. This means that the plaintiff is telling the judge that there is no disagreement about the important facts of the case. The plaintiff is also claiming that there is no need for a trial of your case and is asking the judge to decide that the plaintiff should win the case based on its written argument about what the law is.

In order to defeat the plaintiff's request, you need to do one of two things: you need to show that there is a dispute about important facts and a trial is needed to decide what the actual facts are or you need to explain why the plaintiff is wrong about what the law is.

Your response must comply with Rule 56(e) of the Federal Rules of Civil Procedure and Local Rule 56.1 of this court. These rules are available at any law library. Your Rule 56.1 statement needs to have numbered paragraphs responding to each paragraph in the plaintiff's statement of facts. If you disagree with any fact offered by the plaintiff, you need to explain how and why you disagree with the plaintiff. You also need to explain how the documents or declarations that you are submitting support your version of the facts. If you think that some of the facts offered by the plaintiff are immaterial or irrelevant, you need to explain why you believe that those facts should not be considered.

In your response, you must also describe and include copies of documents which show why you disagree with the plaintiff about the facts of the case. You may rely upon your own declaration or the declarations of other witnesses. A declaration is a signed statement by a witness. The declaration must end with the following phrase: "I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct," and must be dated. If you do not provide the Court with evidence that shows that there is a dispute about the facts, the judge will be required to assume that the plaintiff's factual contentions are true, and, if the plaintiff is also correct about the law, your case will be dismissed.

If you choose to do so, you may offer the Court a list of facts that you believe are in dispute and require a trial to decide. Your list of disputed facts should be supported by your documents or declarations. It is important that you comply fully with these rules and respond to each fact offered by the plaintiff, and explain how your documents or declarations support your position. If you do not do so, the judge will be forced to assume that you do not dispute the facts which you have not responded to.

Finally, you should explain why you think the plaintiff is wrong about what the law is.